# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL MONGE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-09-1188-R |
| ) | |
| RG PETRO-MACHINERY (GROUP) ) | |
| CO., LTD, et al., ) | |
| **Defendants.** ) | |

## JUDGMENT

Judgment is hereby entered in favor of Defendants Eagle Well Service, Inc., d/b/a/ Bronco Energy Services; Eagle Well Service Co. Inc. of Kansas, on Plaintiff's claims against them. Defendant RG Petro Machinery (Group) Co., LTD., is hereby dismissed for lack of personal jurisdiction in accordance with the Court's Order of September 22, 2010.

**ENTERED** this 5th day of October 2011.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE